# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Lonnie Alonzo Howard, a/k/a Lonnie M. ) <br> Howard, ) <br> ) <br> Defendant. ) | **INTERSTATE AGREEMENT ON DETAINERS ORDER** <br><br> Case No.: 1:17-cr-014 |

On January 9, 2019, defendant made his initial appearance on a petition for revocation of his pretrial release in the above-captioned action. AUSA David Hagler appeared on the Government's behalf. Attorney Mark Meyer appeared on defendant's behalf.

Prior to his initial appearance, defendant was incarcerated by the State of North Dakota at the North Dakota State Penitentiary ("NDSP") in Bismarck, North Dakota. After the petition was returned and an arrest warrant issued, a detainer was filed by the United States with the North Dakota prison officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), defendant's appearance before this court for his initial appearance was secured by a writ of habeas corpus *ad prosequendum*.

At his initial appearance, defendant was advised of his rights under the IADA to continued federal custody until his federal charges are adjudicated. On January 10, 2019, defendant and the Government filed an "Interstate Agreement on Detainers Anti-Shuttling Waiver Stipulation." Based on the waiver, the court finds that defendant knowingly, voluntarily, and upon advice of counsel waived the anti-shuttling provisions of the IADA and agreed to return to the custody of the State of North Dakota (the "sending

1

state" under the IADA) at the NDSP pending further proceedings in this case initiated by the United States (the "receiving state" under the IADA).

Accordingly, defendant is remanded to the custody of the United States Marshal's Service for the purpose of returning defendant to the custody of the "sending state," where he shall be housed pending further proceedings or until further order of the court. Further, pursuant to defendant's waiver, the return of the defendant to his place of incarceration pending trial shall <u>not</u> be grounds under the IADA for dismissal of defendant's federal charges.

Dated this 11th day of January, 2019.

<i>/s/ Charles S. Miller, Jr.</i><br>
Charles S. Miller, Jr., Magistrate Judge<br>
United States District Court